

# IN THE COURT OF CRIMINAL APPEALS OF TEXAS

## NO. WR-81,781-02

### EX PARTE MILES DEAN FLEMING, Applicant

### ON APPLICATION FOR A WRIT OF HABEAS CORPUS
### CAUSE NO. W04-00434-M (B) IN THE 194TH DISTRICT COURT
### FROM DALLAS COUNTY

*Per curiam*.

### O R D E R

Pursuant to the provisions of Article 11.07 of the Texas Code of Criminal Procedure, the clerk of the trial court transmitted to this Court this application for a writ of habeas corpus. *Ex parte Young*, 418 S.W.2d 824, 826 (Tex. Crim. App. 1967). Applicant was convicted of aggravated assault and sentenced to thirty years' imprisonment. The Fifth Court of Appeals affirmed his conviction. *Fleming v. State*, No. 05-09-00379-CR (Tex. Crim. App. — Dallas, August 8, 2011) (not designated for publication).

After reviewing the record, this Court finds that Applicant's substantive claims are without merit. Those claims are denied. Applicant's remaining claim concerns the denial of credit for time

spent in jail prior to his conviction. *See Ex parte Ybarra*, 149 S.W.3d 147 (Tex. Crim. App. 2004) (Where an inmate seeks pre-sentence jail time credit, "[t]he appropriate remedy in this situation is to require Applicant to present the issue to the trial court by way of a *nunc pro tunc* motion, . . . [and] [i]f the trial court fails to respond, Applicant is first required to seek relief in the Court of Appeals, by way of a petition for a writ of mandamus, unless there is a compelling reason not to do ."). That claim is therefore dismissed.

Filed: November 11, 2015
Do not publish